JS 44C/SDNY
REV. 12/2005



CIVIL COVER SHEET   08 CIV 6241

The JS-44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for use of the Clerk of Court for the purpose of initiating the civil docket sheet.

**PLAINTIFFS**
Sandra Quilico

**DEFENDANTS**
Jose Escobar-Acurio and Antonio Ortiz

**ATTORNEYS (FIRM NAME, ADDRESS, AND TELEPHONE NUMBER**
Richard M. Gutierrez (718) 520-0663
118-35 Queens Blvd. Ste. 1500
Forest Hills, NY 11375

**ATTORNEYS (IF KNOWN)**
Galvano & Xanthakis, P.C.
150 Broadway, Ste. 2100
NY, NY 10038   (212) 349-5150

**CAUSE OF ACTION** (CITE THE U.S. CIVIL STATUTE UNDER WHICH YOU ARE FILING AND WRITE A BRIEF STATEMENT OF CAUSE)

28 USC 1332, 28 USC 1441(a)

Has this or a similar case been previously filed in SDNY at any time? No [x]  Yes? [ ]  Judge Previously Assigned _____

If yes, was this case Vol.[ ]  Invol. [ ]  Dismissed. No [ ]  Yes [ ]  If yes, give date _____ & Case No. _____

(PLACE AN [x] IN ONE BOX ONLY)    NATURE OF SUIT

ACTIONS UNDER STATUTES

**TORTS**

**CONTRACT**
- [ ] 110 INSURANCE
- [ ] 120 MARINE
- [ ] 130 MILLER ACT
- [ ] 140 NEGOTIABLE INSTRUMENT
- [ ] 150 RECOVERY OF OVERPAYMENT & ENFORCEMENT OF JUDGMENT
- [ ] 151 MEDICARE ACT
- [ ] 152 RECOVERY OF DEFAULTED STUDENT LOANS (EXCL VETERANS)
- [ ] 153 RECOVERY OF OVERPAYMENT OF VETERANS BENEFITS
- [ ] 160 STOCKHOLDERS SUITS
- [ ] 190 OTHER CONTRACT
- [ ] 195 CONTRACT PRODUCT LIABILITY
- [ ] 196 FRANCHISE

**PERSONAL INJURY**
- [ ] 310 AIRPLANE
- [ ] 315 AIRPLANE PRODUCT LIABILITY
- [ ] 320 ASSAULT, LIBEL & SLANDER
- [ ] 330 FEDERAL EMPLOYERS' LIABILITY
- [ ] 340 MARINE
- [ ] 345 MARINE PRODUCT LIABILITY
- [x] 350 MOTOR VEHICLE
- [ ] 355 MOTOR VEHICLE PRODUCT LIABILITY
- [ ] 360 OTHER PERSONAL INJURY

**PERSONAL INJURY**
- [ ] 362 PERSONAL INJURY - MED MALPRACTICE
- [ ] 365 PERSONAL INJURY PRODUCT LIABILITY
- [ ] 368 ASBESTOS PERSONAL INJURY PRODUCT LIABILITY

**PERSONAL PROPERTY**
- [ ] 370 OTHER FRAUD
- [ ] 371 TRUTH IN LENDING
- [ ] 380 OTHER PERSONAL PROPERTY DAMAGE
- [ ] 385 PROPERTY DAMAGE PRODUCT LIABILITY

**FORFEITURE/PENALTY**
- [ ] 610 AGRICULTURE
- [ ] 620 FOOD & DRUG
- [ ] 625 DRUG RELATED SEIZURE OF PROPERTY 21 USC 881
- [ ] 630 LIQUOR LAWS
- [ ] 640 RR & TRUCK
- [ ] 650 AIRLINE REGS
- [ ] 660 OCCUPATIONAL SAFETY/HEALTH
- [ ] 690 OTHER

**LABOR**
- [ ] 710 FAIR LABOR STANDARDS ACT
- [ ] 720 LABOR/MGMT RELATIONS
- [ ] 730 LABOR/MGMT REPORTING & DISCLOSURE ACT
- [ ] 740 RAILWAY LABOR ACT
- [ ] 790 OTHER LABOR LITIGATION
- [ ] 791 EMPL RET INC SECURITY ACT

**BANKRUPTCY**
- [ ] 422 APPEAL 28 USC 158
- [ ] 423 WITHDRAWAL 28 USC 157

**PROPERTY RIGHTS**
- [ ] 820 COPYRIGHTS
- [ ] 830 PATENT
- [ ] 840 TRADEMARK

**SOCIAL SECURITY**
- [ ] 861 MIA (1395FF)
- [ ] 862 BLACK LUNG (923)
- [ ] 863 DIWC (405(g))
- [ ] 863 DIWW (405(g))
- [ ] 864 SSID TITLE XVI
- [ ] 865 RSI (405(g))

**FEDERAL TAX SUITS**
- [ ] 870 TAXES
- [ ] 871 IRS-THIRD PARTY 20 USC 7609

**OTHER STATUTES**
- [ ] 400 STATE REAPPORTIONMENT
- [ ] 410 ANTITRUST
- [ ] 430 BANKS & BANKING
- [ ] 450 COMMERCE/ICC RATES/ETC
- [ ] 460 DEPORTATION
- [ ] 470 RACKETEER INFLUENCED & CORRUPT ORGANIZATION ACT (RICO)
- [ ] 480 CONSUMER CREDIT
- [ ] 490 CABLE/SATELLITE TV
- [ ] 810 SELECTIVE SERVICE
- [ ] 850 SECURITIES/COMMODITIES/EXCHANGE
- [ ] 875 CUSTOMER CHALLENGE 12 USC 3410
- [ ] 891 AGRICULTURE ACTS
- [ ] 892 ECONOMIC STABILIZATION ACT
- [ ] 893 ENVIRONMENTAL MATTERS
- [ ] 894 ENERGY ALLOCATION ACT
- [ ] 895 FREEDOM OF INFORMATION ACT
- [ ] 900 APPEAL OF FEE DETERMINATION UNDER EQUAL ACCESS TO JUSTICE
- [ ] 950 CONSTITUTIONALITY OF STATE STATUTES
- [ ] 890 OTHER STATUTORY ACTIONS

**REAL PROPERTY**
- [ ] 210 LAND CONDEMNATION
- [ ] 220 FORECLOSURE
- [ ] 230 RENT LEASE & EJECTMENT
- [ ] 240 TORTS TO LAND
- [ ] 245 TORT PRODUCT LIABILITY
- [ ] 290 ALL OTHER REAL PROPERTY

**ACTIONS UNDER STATUTES**

**CIVIL RIGHTS**
- [ ] 441 VOTING
- [ ] 442 EMPLOYMENT
- [ ] 443 HOUSING ACCOMMODATIONS
- [ ] 444 WELFARE
- [ ] 445 AMERICANS WITH DISABILITIES - EMPLOYMENT
- [ ] 446 AMERICANS WITH DISABILITIES -OTHER
- [ ] 440 OTHER CIVIL RIGHTS

**PRISONER PETITIONS**
- [ ] 510 MOTIONS TO VACATE SENTENCE 28 USC 2255
- [ ] 530 HABEAS CORPUS
- [ ] 535 DEATH PENALTY
- [ ] 540 MANDAMUS & OTHER
- [ ] 550 CIVIL RIGHTS
- [ ] 555 PRISON CONDITION

Check if demanded in complaint: _____

CHECK IF THIS IS A CLASS ACTION
UNDER F.R.C.P. 23

DO YOU CLAIM THIS CASE IS RELATED TO A CIVIL CASE NOW PENDING IN S.D.N.Y.?
IF SO, STATE:

DEMAND $_____  OTHER_____   JUDGE_____   DOCKET NUMBER_____

Check YES only if demanded in complaint
JURY DEMAND: [ ] YES [x] NO

NOTE: Please submit at the time of filing an explanation of why cases are deemed related.

(SEE REVERSE)

(PLACE AN x IN ONE BOX ONLY)                                       ORIGIN

- [ ] 1 Original Proceeding
- [x] 2a. Removed from State Court
- [ ] 2b. Removed from State Court AND at least one party is a pro se litigant
- [ ] 3 Remanded from Appellate Court
- [ ] 4 Reinstated or Reopened
- [ ] 5 Transferred from (Specify District)
- [ ] 6 Multidistrict Litigation
- [ ] 7 Appeal to District Judge from Magistrate Judge Judgment

(PLACE AN x IN ONE BOX ONLY)              BASIS OF JURISDICTION

- [ ] 1 U.S. PLAINTIFF
- [ ] 2 U.S. DEFENDANT
- [ ] 3 FEDERAL QUESTION (U.S. NOT A PARTY)
- [x] 4 DIVERSITY

IF DIVERSITY, INDICATE CITIZENSHIP BELOW. (28 USC 1332, 1441)

CITIZENSHIP OF PRINCIPAL PARTIES (FOR DIVERSITY CASES ONLY)

(Place an [X] in one box for Plaintiff and one box for Defendant)

|  | PTF | DEF |  | PTF | DEF |  | PTF | DEF |
|---|---|---|---|---|---|---|---|---|
| CITIZEN OF THIS STATE | [ ]1 | [ ]1 | CITIZEN OR SUBJECT OF A FOREIGN COUNTRY | [ ]3 | [ ]3 | INCORPORATED and PRINCIPAL PLACE OF BUSINESS IN ANOTHER STATE | [ ]5 | [ ]5 |
| CITIZEN OF ANOTHER STATE | [x]2 | [x]2 | INCORPORATED or PRINCIPAL PLACE OF BUSINESS IN THIS STATE | [ ]4 | [ ]4 | FOREIGN NATION | [ ]6 | [ ]6 |

PLAINTIFF(S) ADDRESS(ES) AND COUNTY(IES)

Sandra Quilico
112 Lincoln Blvd.
Emerson, NJ 07630

} As per plaintiff's summons

DEFENDANT(S) ADDRESS(ES) AND COUNTY(IES)

Jose Escobar-Acurio, 945 Newton Street, No. Brunswick, NJ 08902

Antonio Ortiz - 220 Horse Shoe Road, Berkeley Heights, NJ 07922

DEFENDANT(S) ADDRESS UNKNOWN
REPRESENTATION IS HEREBY MADE THAT, AT THIS TIME, I HAVE BEEN UNABLE, WITH REASONABLE DILIGENCE, TO ASCERTAIN THE RESIDENCE ADDRESSES OF THE FOLLOWING DEFENDANTS:

Check one:  THIS ACTION SHOULD BE ASSIGNED TO:  [ ] WHITE PLAINS  [x] FOLEY SQUARE
(DO NOT check either box if this a PRISONER PETITION.)

DATE 7-10-08   SIGNATURE OF ATTORNEY OF RECORD

RECEIPT #

ADMITTED TO PRACTICE IN THIS DISTRICT
[ ] NO
[x] YES (DATE ADMITTED Mo. 3 Yr. 98)
Attorney Bar Code # CL-1195

Magistrate Judge is to be designated by the Clerk of the Court.

Magistrate Judge _____ is so Designated.

J Michael McMahon, Clerk of Court by _____ Deputy Clerk, DATED _____.

UNITED STATES DISTRICT COURT (NEW YORK SOUTHERN)

JUDGE KEENAN

'08 CIV 6241

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
————————————————————X

SANDRA QUILICO

                    Plaintiff,

-against-

JOSE ESCOBAR-ACURIO and
ANTONIO ORTIZ

                    Defendants
————————————————————X

*Filed Electronically*

Civ.

(Supreme Court, Bronx County)
Index Number: 301308/08

**NOTICE OF FILING OF
NOTICE OF REMOVAL**

PLEASE TAKE NOTICE that the attached Notice of Removal of this action from the Supreme Court of the State of New York, County of Bronx, to the United States District Court for the Southern District of New York, was duly filed on July 10, 2008 in the United States District Court for the Southern District of New York pursuant to 28 U.S.C. § 1441 and 28 U.S.C. § 1391(a)(2).

Dated: New York, New York
       July 9, 2008

                                            Yours, etc.
                                            GALVANO & XANTHAKIS, P.C.

                                            By: Craig Lamster (1195)
                                            Attorneys for Defendants
                                            150 Broadway, Suite 2100
                                            New York, New York 10038
                                            (212) 349-5150

TO:   Richard M. Gutierrez
        Attorney for Plaintiff
        118-35 Queens Boulevard, Suite 1500
        Forest Hills, NY 11375
        (718) 520-0663

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
SANDRA QUILICO

                       Plaintiff,

        -against-

JOSE ESCOBAR-ACURIO and
ANTONIO ORTIZ

                       Defendants
------------------------------------------------------------X

*Filed Electronically*

Civ.

(Supreme Court, Bronx County)
Index Number: 301308/08

**NOTICE OF FILING OF
NOTICE OF REMOVAL**

      PLEASE TAKE NOTICE that, pursuant to 28 U.S.C. 1441, defendants, JOSE ESCOBAR-ACURIO and ANTONIO ORTIZ, hereby remove the above-captioned action from the Supreme Court of the State of New York, Bronx County, to the United States District Court for the Southern District of New York. Defendants appear for the purpose of removal only and for no other purpose and reserve all defenses available to them.

Defendants allege as follows:

      1. Plaintiff has purported to commence the above-captioned action against the defendants in the Supreme Court of the State of New York, Bronx County. The defendants received a copy of the summons and complaint on March 8, 2008. (Copy of summons and complaint attached as Exhibit A) An answer was interposed to the complaint on April 8, 2008. (Copy of Answer attached as Exhibit B) That said action is now pending in the Supreme Court of the State of New York, Bronx County. That this Notice is being filed within thirty (30) days after the receipt of such documents wherein defendants believe the damages are in excess of $75,000 and diversity exists pursuant to 28 U.S.C. 1446 (b).

      2. The Summons, Verified Complaint and Answer constitutes all process and pleading in the

state court action to date. (Exhibit A)

3. Upon information and belief and as alleged in the Summons and Verified Complaint, plaintiff is a resident of the State of New Jersey.

4. Defendants at the commencement of the above-captioned action are residents of the State of New Jersey. Defendant, JOSE ESCOBAR-ACURIO resides at 945 Newton Street North Brunswick, New Jersey 08902. Defendant, ANTONIO ORTIZ resides at 220 Horseshoe Road, Berkeley Heights, New Jersey 07922. These are the addresses that are listed on the plaintiff's summons for service of process.

5. Plaintiff's complaint alleges that plaintiff was injured on August 8, 2007 as the result of a motor vehicle accident on the Cross Bronx Expressway, 50 feet east of the Jerome Avenue exit in Bronx, New York. (See Exhibit A, paragraph eighth)

6. The above-captioned action, therefore, is one of which this Court has original jurisdiction under the provisions of 28 U.S.C. § 1332 and is one which may be removed to this Court by the defendants herein pursuant to the provisions of 28 U.S.C § 1441(a), in that it is a civil action in which the matter in controversy is believed to exceed the sum of $75,000, exclusive of interest and costs, and are between citizens of different states.

7. On July 7, 2008, plaintiff provided a Bill of Particulars and responses to Combined Discovery Demands. (Copy of Bill of Particulars and Combined Discovery Responses attached as Exhibit C) Plaintiff also responded to the defendants' Demand for a Statement of Damages (See Exhibit C, paragraph 12 of the Response to Combined Demands) Plaintiff's response states "The Plaintiff is entitled to damages for future, present and past, pain and suffering, special damages and loss of employment. A monetary amount cannot be determined at the present time. Once all the information needed to make that evaluation is obtained, Plaintiff will more fully comply with this request."

8. Paragraph Twelfth of the plaintiff's complaint states "the Plaintiff, Sandra Quilico, was

caused to sustain severe, permanent and protracted personal injuries, was rendered sick, sore, lame and disabled; was and upon information and belief, will be incapacitated from attending to her normal duties and functions." Plaintiff's Bill of Particulars at paragraph 11 states that the plaintiff suffered injuries to her spine, neck and left hip. Plaintiff states that she only has one-half of the range of motion in her back and that all of her injuries are permanent. Based upon the allegations made by plaintiff in her complaint and bill of particulars, it is clear that plaintiff is seeking monetary damages in excess of $75,000.

9. Defendants will promptly file a copy of this Notice in the Supreme Court of the State of New York for the County of Bronx, and will serve a copy of this Notice on counsel for plaintiff, pursuant to 28 U.S.C. § 1446(d).

WHEREFORE, Defendants respectfully request that the above-captioned action now pending against it in the Supreme Court of the State of New York for the County of Kings be removed from there to this Court.

Dated: New York, New York
July 9, 2008

Yours, etc.
GALVANO & XANTHAKIS, P.C.

By: _____
Craig Lamster (1195)
Attorneys for Defendants
150 Broadway, Suite 2100
New York, New York 10038
(212) 349-5150