Exhibit A

SUPREME COURT OF THE STATE OF NEW YORK
COUNTY OF BRONX
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - X

SANDRA QUILICO

                                   Plaintiff,

          - against -

JOSE ESCOBAR-ACURIO and
ANTONIO ORTIZ

                                   Defendants.
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - X

To the above named Defendant(s):

Index no.: 301308 - 08
Date Purchased **DULY SERVED**
DATE 3/8/08

Plaintiff(s) reside in Queens
County and place of trial. NEW JERSEY
The basis of venue is Page #52
Document: Shard Offer
**SUMMONS WITH NOTICE**

Plaintiff(s) resides at
112 Lincoln Boulevard
Emmerson, New Jersey 07630

*County of BERGEN*

**YOU ARE HEREBY SUMMONED** *to answer the complaint in this action and to serve a copy of your answer, or, if the complaint is not served with this summons, to serve a notice of appearance, on the Plaintiff's Attorney(s) within twenty (20) days after the service of this summons, exclusive of the day of service ( or within thirty (30) days after the service is complete if this summons is not personally delivered to you within the State of New York); and in case of your failure to appear or answer, judgment will be taken against you by default for the relief demanded herein.*

*Dated:* February 11, 2008
         Forest Hills, New York

Defendant(s) address:

Jose Escobar-Acurio
945 Newton Street
North Brunswick, New Jersey 08902

Antonio Ortiz
220 Horseshoe Road
Berkeley Heights, New Jersey 07922

Yours etc.,    *Richard M. Gutierrez*

Richard M. Gutierrez, Esq.
*Attorney for Plaintiff*
*Office and Post Office Address*
118-35 Queens Boulevard, Suite 1500
Forest Hills, NY 11375
(718) 520-0663

Notice:      The nature of this action is personal injury.

     *The relief sought is monetary damages in an amount excess of the monetary limits of all lower Courts which would otherwise have jurisdiction.*

*Upon your failure to appear, judgment will be taken against you by default.*

- B. P. Duff
- Neg Aff. Dy.
- Aff Aff. Dy.
- Grants Pnzed Dy.
- NJ Aff Auto Defense

COUNTY CLERK
BRONX CO. INTY

2008 FEB 15 AM 8:43

RECEIVED

SUPREME COURT OF THE STATE OF NEW YORK
COUNTY OF BRONX
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - X
SANDRA QUILICO

                      Plaintiff,                    **VERIFIED COMPLAINT**

      - against -

JOSE ESCOBAR-ACURIO and
ANTONIO ORTIZ
                   Defendants.
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - X
                Plaintiff, by her attorney, Richard M. Gutierrez, Esq., complaining of the defendants

allege:

## AS AND FOR A FIRST CAUSE OF ACTION
## ON BEHALF OF THE PLAINTIFF.

    **First:** That at all times herein mentioned, the Plaintiff, was and still is a resident of the

County of Bergen, State of New Jersey.

    **Second:**     That upon information and belief at all times herein mentioned, the defendant,

Jose Escobar-Acurio was and still is a resident of the County of Essex, State of New Jersey.

    **Third:**     That upon information and belief at all times herein mentioned, the defendant,

Antonio Ortiz was and still is a resident of the County of Union, State of New Jersey.

    **Fourth:**     That at all times herein mentioned, the defendant, Antonio Ortiz, was the

owner of the motor vehicle which struck the vehicle the Plaintiff, Sandra Quilico, was operating.

    **Fifth:**     That upon information and belief, at all times herein mentioned, the vehicle

being operated by the Plaintiff was a 2007 Mercedes Benz, bearing New Jersey State license plate

number WAT35W, when it was struck by the vehicle being driven by the defendant, Jose Escobar-

Acurio.

    **Fifth:**     That upon information and belief, at all times herein mentioned, the vehicle

being operated by the defendant, Jose Escobar-Acurio, was a 1995 MAC Truck, bearing New Jersey

State license plate number AK819K.

**Sixth:**          That at all times herein mentioned, the defendant, Antonio Ortiz  was the owner of the vehicle the defendant, Jose Escobar-Acurio, was operating.

**Seventh:**          That at all times herein mentioned, the defendant Jose Escobar-Acurio was operating the aforementioned vehicle with permission and authority of the owner.

**Eighth:**          That heretofore and on or about the 8th day of August, 2007 on the Cross Bronx Expressway, 50 feet east of the Jerome Avenue Exit, in the County of Bronx,  City and State of New York, the vehicle being operated by the defendant, Jose Escobar-Acurio failed to merge properly and came into contact with the vehicle the plaintiff, Sandra Quilico ,was operating, causing her to sustain serious and permanent personal injuries.

**Ninth:**          That upon information and belief, at all times herein mentioned, at the Cross Bronx Expressway is a public street, highway and thoroughfare located in the County of Bronx, City and State of New York and commonly used by the residents of the County of Bronx and others.

**Tenth:**          That said occurrence was due in whole to the negligence of the defendant Jose Escobar-Acurio, in the operation, maintenance and control of his vehicle.

**Eleventh:**          That the defendant, Jose Escobar-Acurio, was negligent in driving the aforesaid vehicle at a dangerous and excessive rate of speed under the circumstances there pertaining, in failing to keep a proper lookout on the road, in failing to stop or slow down his vehicle in order to avoid the occurrence, in failing to exercise due care by striking the automobile, in which the plaintiff was a passenger and said defendant was otherwise careless, reckless,  and negligent in causing the accident.

**Twelfth:**          That by reason of the foregoing, the Plaintiff, Sandra Quilico ,was caused to sustain severe, permanent and protracted personal injuries, was rendered sick, sore, lame and

disabled; was and upon information and belief, will be incapacitated from attending to her normal

duties and functions.

    **Thirteenth:**    That by reason of the foregoing the Plaintiff, Sandra Quilico has sustained

a serious injury as defined in subsection (d) of Section 5702 of the Insurance Law of the State of

New York.

    **Fourteenth:**    That by reason of the foregoing, the Plaintiff, Sandra Quilico has been

damaged in an amount in excess of the monetary jurisdiction of all lower Courts in which would

otherwise have jurisdiction.

    **WHEREFORE,** Plaintiff demands judgment against the defendant in an amount in excess

of the monetary jurisdiction of all lower Courts in which would otherwise have jurisdiction together

with costs and disbursements of this action.

Dated: Forest Hills, New York
      February ⅃⅃, 2008

                                  Yours, etc.

                                  Richard M. Gutierrez, Esq.
                                  118-35 Queens Blvd.
                                  Forest Hills, N.Y. 11375
                                  Suite 1220
                                  (718)520-0663

## VERIFICATION

I, Sandra Quilico, being duly sworn, deposes and says:

Deponent is the Plaintiff in the within action and has read the foregoing **VERIFIED COMPLAINT**

and knows the contents thereof.

The content of the aforesaid pleading is true to deponent's own knowledge, except as to

matters therein stated to be alleged on information and belief, and to those matters deponent believes

them to be true.

Sandra Quilico

_____
Sandra Quilico

Sworn to Before Me This
11ᵗʰ day of *Feb.*, 2008

NOTARY PUBLIC

## VERIFICATION

I, Sandra Quilico, being duly sworn, deposes and says:

Deponent is the Plaintiff in the within action and has read the foregoing **VERIFIED COMPLAINT**
and knows the contents thereof.

The content of the aforesaid pleading is true to deponent's own knowledge, except as to
matters therein stated to be alleged on information and belief, and to those matters deponent believes
them to be true.

*Sandra Quilico*
Sandra Quilico

Sworn to Before Me This
11th day of Feb., 2008

NOTARY PUBLIC

SUPREME COURT OF THE STATE OF NEW YORK
COUNTY OF BRONX
--------------------------------------------------------------X

SANDRA QUILICO

Index Number: 301308/08

                        Plaintiff,

**ANSWER**

            -against-

JOSE ESCOBAR-ACURIO and
ANTONIO ORTIZ

                        Defendant(s),
--------------------------------------------------------------X

    Defendants, JOSE ESCOBAR-ACURIO and ANTONIO ORTIZ, by their attorneys,

GALVANO & XANTHAKIS, P.C., answering the complaint of plaintiff respectfully states and

alleges as follows:

    1.    Defendants deny knowledge or information sufficient to form a belief as to the

allegations contained in the paragraph of the complaint numbered "1," "4," "5," "6," "7," and

"9."

    2.    Defendants admit each and every allegation contained in the paragraphs of the

complaint numbered "2," "3," and "5."

    3.    Defendants deny each and every allegation contained in the paragraphs of the

complaint numbered "8," "10," "11," "12," "13," and "14."

### AS AND FOR A FIRST AFFIRMATIVE DEFENSE

    3.    That all risks and dangers connected with the situation at the time and place

mentioned in the complaint were open, obvious and apparent and were known to and assumed by

the plaintiff(s) herein.

## AS AND FOR A SECOND AFFIRMATIVE DEFENSE

4.    Any injuries and/or damages sustained by plaintiff(s) as alleged in the complaint herein were caused in whole or in part by the negligence and/or culpable conduct of the plaintiff(s) and not as a result of any negligence and/or culpable conduct on the part of this (these) answering defendant(s).

## AS AND FOR A THIRD AFFIRMATIVE DEFENSE

5.    Plaintiff(s) are barred from recovering from this (these) defendant(s) in that any negligence which may have occurred, which is specifically denied, was as the result of actions of third parties over whom this (these) defendant(s) had no control.

## AS AND FOR A FOURTH AFFIRMATIVE DEFENSE

6.    This action falls within the limited liability provisions of Article 16 of the Civil Practice Law and Rules, and the defendant(s) liability, if any, shall be limited to its equitable share as provided for in that Article.

## AS AND FOR A FIFTH AFFIRMATIVE DEFENSE

7.    It is hereby alleged that the plaintiff(s) received renumeration and/or compensation or some or all of his/her claimed economic loss and that the defendant(s) is (are) entitled to have plaintiff's(s') award, if any, reduced by the amount of that renumeration and/or compensation, pursuant to Section 4545(c) of the Civil Practice Law and Rules.

## AS AND FOR A SIXTH AFFIRMATIVE DEFENSE

8.    The plaintiff(s) has(have) failed to sustain a serious injury as defined by the New York State Insurance Law.

## AS AND FOR A SEVENTH AFFIRMATIVE DEFENSE

9.    Plaintiff's claims are barred by the Doctrine of Res Judicata.

## AS AND FOR A EIGHTH AFFIRMATIVE DEFENSE

10.    Plaintiff's claims are barred by the Doctrine of Collateral Estoppel.

## AS AND FOR A NINTH AFFIRMATIVE DEFENSE

11.    If any injuries or damages sustained by the plaintiffs were caused in whole or in part by the plaintiffs' own failure to use an available seatbelt, then the plaintiffs cannot recover damages for those injuries which the use of a seatbelt would have obviated.

## AS AND FOR AN TENTH AFFIRMATIVE DEFENSE

11.    The complaint fails to state cause of action against this defendant.

## AS AND FOR A ELEVENTH AFFIRMATIVE DEFENSE

12.    Plaintiff's claims against this defendant are barred by Federal Statute, 49 USCA § 30106, also known as the "Graves Amendment."

## AS AND FOR A TWELFTH AFFIRMATIVE DEFENSE

13.    The claims asserted are barred or otherwise diminished by the negligence of the Plaintiff pursuant to the provisions of the New Jersey Comparative Negligence Law.

## AS AND FOR A THIRTEENTH AFFIRMATIVE DEFENSE

These defendants are entitled to a set off and/or a reduction of any damage award pursuant to N.J.S.A. 2A:15-97 et. seq. in that the alleged accident occurred on or after December 18, 1987.

## AS AND FOR A FOURTEENTH AFFIRMATIVE DEFENSE

These defendants are entitled to a set-off and/or reduction of any damage award pursuant to N.J.S.A. 2A:15-5.2 et. seq. in that the alleged accident occurred on or after December 18, 1987.

## AS AND FOR A FIFTHTEENTH AFFIRMATIVE DEFENSE

Negligence, if any, on the part of these Defendants was not the proximate cause of any injuries or damages, which may have been sustained by the plaintiff, and therefore, these Defendants are not joint tortfeasors within the meaning of the New Jersey Joint Tortfeasors Act,

N.J.S.A. 2A:53A1 et. seq.

## AS AND FOR A SIXTEENTH AFFIRMATIVE DEFENSE

Plaintiff has failed to sustain an injury which surpasses the verbal threshold.

Dated:  New York, New York
       April 8, 2008

                                       Yours, etc,
                                       GALVANO & XANTHAKIS, P.C.

                                       By:  Anthony Xanthakis
                                       Attorneys for Defendant(s)
                                       150 Broadway, Suite 2100
                                       New York, New York 10038
                                       (212) 349-5150

TO:   **Richard M. Gutierrez**
       Attorney for Plaintiff
       118-35 Queens Boulevard, Suite 1500
       Forest Hills, NY 11375
       (718) 520-0663

## ATTORNEY'S VERIFICATION

The undersigned, an attorney, duly admitted to practice law before the Courts of the State of New York, says:

That deponent is the attorney of record for the defendants in the within action; that deponent has read the foregoing and knows the contents thereof; that the same is true to deponent's own knowledge, except as to those matters therein stated to be alleged upon information and belief, and as to those matters, deponent believes them to be true. Deponent further says that the reason this verification is made by deponent and not by the defendants is that defendants reside and maintain their offices in a county other than that in which deponent maintains his offices.

The grounds for deponent's belief as to all matters not stated upon his knowledge are investigations which he has made or has caused to be made concerning the subject matter of this action, and statements of parties and/or witnesses made herein.

The undersigned affirms that the foregoing statements are true.

Dated: New York, New York
           April 8, 2008

ANTHONY XANTHAKIS

GALVANO & XANTHAKIS, P.C.

| Index No. | 301308/08 | Year 20 |

SUPREME COURT OF THE STATE OF NEW YORK
COUNTY OF BRONX

───────────────────────────────────X

SANDRA QUILICO

Plaintiff,

-against-

JOSE ESCOBAR-ACURIO and
ANTONIO ORTIZ

Defendant(s),
───────────────────────────────────X

ANSWER

**GALVANO & XANTHAKIS, P.C.**
Attorney(s) for Plaintiff
Office and Post Office Address
**150 BROADWAY
SUITE 2100
NEW YORK, NEW YORK 10038
(212) 349-5150**

**Sir: Please take notice**
☐ *NOTICE OF ENTRY*
that the within is a (certified) true copy of a
duly entered in the office of the clerk of the within named court on                    20
☐ *NOTICE OF SETTLEMENT*
that an order                                     of which the within is a true copy will be presented for
settlement to the HON.                                                        one of the
judges

of the within named Court, at
on the            day of                20      at        M.

Dated,

Yours, etc.
**GALVANO & XANTHAKIS, P.C.**
Attorney(s) for
Office and Post Office Address
**150 BROADWAY
SUITE 2100
NEW YORK, NEW YORK 10038
(212) 349-5150**

To

Attorney(s) for

Exhibit C

SUPREME COURT OF THE STATE OF NEW YORK
COUNTY OF BRONX
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - X
SANDRA QUILICO

Index No.: 301308/08

**VERIFIED BILL OF
PARTICULARS**

Plaintiff,

- against -

JOSE ESCOBAR-ACURIO and
ANTONIO ORTIZ

Defendants.
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - X

S I R S:

**PLEASE TAKE NOTICE**, that plaintiff, serves as its Verified Bill of Particulars as follows:

1.  Sandra Quilico
    Address: 112 Lincoln Boulevard
    Emerson, New Jersey 07630
    Date of Birth: March 6, 1953
    SSN: 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

2.  August 8, 2007 at 9:25 p.m.

3.  The Cross Bronx Expressway, 50 feet east of the Jerome Avenue Exit, in the County of

    Bronx, City and State of New York.

4.  The vehicle being operated by the Defendant, Jose Escobar-Acurio was traveling west and

    failed to merge properly while attempting to change lanes and came into contact with the

    vehicle operated by the Plaintiff, Sandra Quilico.

5.  The Plaintiff's vehicle was traveling west on the Cross Bronx Expressway.

6.  New Jersey State temporary license plate number AK819K, WAT35W permanent license
    plate.

7.  N/A

8.  Not applicable to the extent the question is understood.

9.  That heretofore and on or about the 8th day of August, 2007 on the Cross Bronx Expressway,

50 feet east of the Jerome Avenue Exit, in the County of Bronx,  City and State of New York, the vehicle being operated by the defendant, Jose Escobar-Acurio failed to merge properly and came into contact with the vehicle the plaintiff, Sandra Quilico ,was operating, causing her to sustain serious and permanent personal injuries.  That the defendant, Jose Escobar-Acurio, was negligent in driving the aforesaid vehicle at a dangerous and excessive rate of speed under the circumstances there pertaining, in failing to keep a proper lookout on the road, in failing to stop or slow down his vehicle in order to avoid the occurrence, in failing to exercise due care by striking the automobile, in which the plaintiff was a passenger and said defendant was otherwise careless, reckless,  and negligent in causing the accident.

10.    See response to number 9 above.

11.    On August 8, 2007 the Plaintiff suffered injuries to her spine, neck, and left hip. Additionally, Plaintiff has pain radiating from her neck down the left arm with numbness and tingling.  She also has low back pain, which radiates down the left lower extremity with paresthesias and pain on the left side of her pelvic area.  Plaintiff has one-half loss of range of motion in her back.  In addition,  Plaintiff has a subligamentous herniation at C6-7, disc bulge at C3-4, reversal; of the normal lordotic curve with an associated mild dextrocurvature.

12.    The Plaintiff sustained permanent injury to her lower lumbar spine and cervical spine.

13.    N/A

14.    8 days

15.    4 weeks.

16.    The Plaintiff was taken by ambulance from the accident site to St.  Barnabas Hospital on August 8, 2007, treated and released.

17.    August 8, 2007-St. Barnabas Hospital- 4422 Third Avenue, Bronx, NY 10457

Med Alliance Medical & Rehabilitation Services Physical Therapy- 625 East Fordham Road,

Bronx, New York 10458- 8/8/07, 8/21/07, 9/4/07,  9/6/07, 9/10/07 9/13/07, 9/17,/07,

9/19/07, 9/25/07, 9/25/07, 9/28/07, 10/2/07, 10/4/07, 10/5/07, 10/9/07, 10/11/07, 10/15/07,

10/23/07, 10/25/07, 10/26/07, 10/29/07, 10/31/07, 11/2/07, 11/7/07, 11/13/07, 11/15/07,

11/20/07, 11/27/07, 12/13/07, 12/3/07, 12/5/07, 12/11/07, 12/14/07, 12/18/07, 12/21/07,

12/26/07, 1/9/08, 1/10/08, 1/15/08, ½7/08, 2/4/08, 2/5/08, and 2/15/08.

September 4, 2007-Distinguished Diagnostic Imaging for a MRI Exam.

18.   N/A.

19.   Commerce Bank: 640 East Fordham, Bronx, New York 10458.

Branch Manager.

20.   2 weeks.

21.   8 days.

22.   Will be provided at a later time once obtained as (A, B, C, D, E, and J)

22 f.   None.

23.   Unable to respond to this demand, at the present time.  Will be provided once information

is obtained.

24.   N/A

25.   N/A

26.   N/A

27.   N/A

28.   Date of Birth: March 6, 1953

SSN: 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

29.   The defendant violated the New York State Vehicle and Traffic Law and New York City

Traffic Rules and Regulations and in particular sections 319.2, 1101, 1122, 1124, and 1146

of the Vehicle and Traffic Law .

30.    N/A

31.    N/A

32.    N/A

Dated :    Forest Hills, New York
           June 13, 2008

                              Yours, etc.

                              *[signature]*

                              Richard M. Gutierrez, Esq.
                              **Attorney(s) for Plaintiff(s)**
                              SANDRA QUILICO
                              118-35 Queens Boulevard
                              Suite 1500
                              Forest Hills, New York 11375
                              (718) 520-0663

TO: GALVANO & XANTHAKIS, P.C.
    **Attorney for Defendant (s)**
    150 Broadway, Suite 2100
    New York, New York 10038

SUPREME COURT OF THE STATE OF NEW YORK           Index No.: 301308/08
COUNTY OF BRONX
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - X    **VERIFICATION**
SANDRA QUILICO
                                        Plaintiff,

          - against -

JOSE ESCOBAR-ACURIO and
ANTONIO ORTIZ

                                        Defendants.
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - X
STATE OF NEW YORK}

COUNTY OF QUEENS }    S.S.


          I, SANDRA QUILICO, being duly sworn, deposes and says:

Deponent is the Plaintiff in the within action and has read the foregoing **VERIFIED BILL OF**

**PARTICULARS** and knows the contents thereof.

          The content of the aforesaid pleading is true to deponent's own knowledge, except as to

matters therein stated to be alleged on information and belief, and to those matters deponent believes

them to be true.


                                        _Sandra McQuilico_
                                        SANDRA QUILICO


Sworn to before me this
30ᵗʰ day of June, 2008


_A. Helsi_
NOTARY PUBLIC

JOSE MEDINA
Notary Public - State of New York
NO. 01ME6165482
Qualified in Bronx County
My Commission Expires 5/7/2011

SUPREME COURT OF THE STATE OF NEW YORK         Index No.: 301308/08
COUNTY OF BRONX
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - X     **AFFIDAVIT OF SERVICE**

SANDRA QUILICO

                                        Plaintiff,

              - against -

JOSE ESCOBAR-ACURIO and
ANTONIO ORTIZ

                                        Defendants.
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - X

        STATE OF NEW YORK      }
                               }     S.S.
        COUNTY OF QUEENS       }

        I, Neca Rivera, being duly sworn, deposes and says:

        That I am not a party to the action and I am over the age of 18 years of age and reside in the
County of Kings, State of New York.

        That on the 7ˢᵗ day of July ,2008, I mailed a copy of the annexed **VERIFIED BILL OF
PARTICULARS, and RESPONSE TO COMBINED DEMANDS**


**To:**    THE LAW OFFICES OF GALVANO & XANTHAKIS, P.C.
        *Attorneys for Defendants*
        JOSE ESCOBAR-ACURIO and ANTONIO ORTIZ
        150 Broadway, Suite 2100
        New York, New York 10038

By depositing a true copy of the same securely enclosed in a post-paid wrapper in the mail chute
maintained and exclusively controlled by the United States at 118-35 Queens Blvd., Forest Hills, NY
11375, directed to said persons at the above address that being the address designated by them for
the purpose upon the preceding papers in the action, or the place where they then kept an office or
residence and that said post-paid wrapper has not been returned to my office.

                                        _____
                                                 Neca Rivera

Sworn to before me this
7ᵗʰ day of July ,2008


_____
    Notary Public

                        **MICHAEL DREISHPOON**
                        Notary Public, State of New York
                        No. 02DR5020824
                        Qualified in Queens County

Index No.:

SUPREME COURT OF THE STATE OF NEW YORK
COUNTY OF BRONX

SANDRA QUILICO

PLAINTIFF,

-against-

JOSE ESCOBAR-ACURIO and
ANTONIO ORTIZ

DEFENDANTS.

## VERIFIED BILL OF PARTICULARS

RICHARD M. GUTIERREZ, ESQ.

Attorney for PLAINTIFF

Office and Post Office Address, Telephone, Fax
118-35 QUEENS BOULEVARD
SUITE 1500
FOREST HILLS, NY 11375
Telephone No.: 718-520-0663
Fax No.:      718-520-8306

To:

Attorney(s) for

To:

Attorney(s) for

Service of a copy of the within

is hereby admitted.

Dated:

Pursuant to 22 NYCRR 130-1.1, the undersigned, an attorney
admitted to practice in the courts of New York State, certifies
that, upon information and belief and reasonable inquiry, the
contentions  contained  in  the  annexed  document  are  not
frivolous.
Dated:  July 7, 2008

Signature _____

RICHARD M. GUTIERREZ, ESQ.
Attorney for Plaintiff

---

NOTICE OF ENTRY

PLEASE take notice that the within is a (certified) true
copy of a
duly entered in the office of the clerk of the within
named court on                          2008.

Dated:

Yours, etc.

RICHARD M. GUTIERREZ, ESQ.

Attorney for

Office and Post Office Address
118-35 QUEENS BOULEVARD
SUITE 1500
FOREST HILLS, NEW YORK 11375

To:

Attorney(s) for

NOTICE OF SETTLEMENT

PLEASE take notice that an Order

of which the within is a true copy will be presented for
settlement to the Hon.

one of the judges of the within named Court, at

on                          2008  at

Dated,
Yours, etc.

RICHARD M. GUTIERREZ, ESQ.

Attorney for

Office and Post Office Address
118-35 QUEENS BOULEVARD
SUITE 1500
FOREST HILLS, NEW YORK 11375

To

Attorney(s) for

**RICHARD M. GUTIERREZ**
ATTORNEY AT LAW
118-35 QUEENS BOULEVARD
FOREST HILLS, NEW YORK 11375
SUITE 1500
TELEPHONE    (718) 520-0663
FAX          (718) 520-8306
E-Mail: richlaw101@aol.com

OF COUNSEL
HELENE GUGERTY

July 7, 2008

Galvan & Xanthakis, P.C.
150 Broadway, Suite 210
New York, New York 10038
Attn: Craig A. Lamster, Esq.

Re:    Sandra Quilico v;. Jose Escobar-Acurio
       and Antonio Ortiz
       Index No.: 301308/08

Dear Mr. Lamster:

Enclosed please find herewith Verified Bill of Particulars and Response to Combined Responses, in the above-captioned case.

If you have any questions please feel free to contact the undersigned.

Very truly yours,

Neca Rivera
*Legal Assistant*

NR
Enclosures



SUPREME COURT OF THE STATE OF NEW YORK
COUNTY OF BRONX

Index No.: 301308/08

-------------------------------------- X

**RESPONSE TO COMBINED DEMANDS**

SANDRA QUILICO

Plaintiff,

- against -

JOSE ESCOBAR-ACURIO and
ANTONIO ORTIZ

Defendants.

-------------------------------------- X

S I R S:

PLEASE **TAKE NOTICE,** that Plaintiff responds to said demands of defendant as follows:

## STATEMENTS

1.   Plaintiff is not in possession of any written statement made by the defendants. However, the

defendant, Jose Escobar-Acurio, made an oral statement "Are you alright?" to the Plaintiff

## ACCIDENT REPORTS

2.   Attached is a police accident report responsive to this request.

## INSURANCE AGREEMENTS

3.   Liberty Mutual Fire Insurance Company
P.O. Box 9045
500 B. County Blvd., Ste 450
Farmingdale, New York 11735

## WITNESS INFORMATION

4.   Anna Vincenty-270 Longstreet Avenue, Apt #6H, Bronx, NY 10465

Ronald Taylor-34 Prospect Place, Apt #B903, Yonkers, NY 10701

## EXPERT WITNESSES

5.   To date, Plaintiff has not yet chosen the physician who will testify as an expert witness. Will

be provided at a later date.

## COLLATERAL SOURCE

6a.     Yes

6b.     Insurance Co.: Horizon Blue Cross Blue Shield
        Member Name: Sandra Qulico
        ID #CMJ3SHZN61498180

A duly executed authorization of above collateral source provider is attached hereto.

## MEDICAL INFORMATION

7a.     Attached hereto are medical authorizations to obtain records, from the following health care
        providers:

DDI Imaging-1484 Williamsbridge Road, Bronx, New York 10461;
Ali Guy M.D- Med Alliance Medical & Rehabilition Services- 625 East Fordham Road, Bronx, New
York ;
Dr.  Theodore Sgambati - Luongo Medical Associates-2 Sears Drive, Paramus, NJ 07652

7b.     Attached hereto are medical authorizations to obtain records, from the hospital:

St. Barnabas Hospital- 4422 Third Avenue, Bronx, NY 10457;

7c.     Attached hereto are medical authorizations to obtain records, from the following health care
        provider currently treating Plaintiff:

Ali Guy M.D- Med Alliance Medical & Rehabilition Services- 625 East Fordham Road, Bronx, New
York

7d.     Attached hereto is an pharmacy authorization to obtain pharmacy records.

## WORKERS' COMPENSATION INCOME AND EMPLOYMENT RECORDS

8a.     N/A
8b.     Attached hereto is an authorization responsive to said demand.
8c.     Will be provided at a later time.
8d.     N/A
8e.     N/A

## PHOTOGRAPHS

9.      The Plaintiff is not is possession of any photographs of Plaintiff's injuries or the accident
        site.

## PROOF OF FILING AND INDEX NUMBER

10.    Attached hereto is a copy of the Summons filed with proof of service thereof.  Index No.: 301308/08 was purchased on February 14, 2008.

## DEMAND FOR 50- TRANSCRIPT

11.    N/A

## DEMAND FOR STATEMENT OF DAMAGES

12.    The Plaintiff is entitled to damages for future, present and past, pain and suffering, special damages and loss of employment.  A monetary amount cannot be determined at the present time.  Once all information needed to make that evaluation is obtained, Plaintiff will more fully comply with this request.


Dated :        Forest Hills, New York
               June 13, 2008


                                      Yours, etc.

                                      Richard M. Gutierrez, Esq.
                                      **Attorney(s) for Plaintiff(s)**
                                      SANDRA QUILICO
                                      118-35 Queens Boulevard
                                      Suite 1500
                                      Forest Hills, New York 11375
                                      (718) 520-0663


To:    Galvano & Xanthakis, P.C.
       Attorney for Defendant
       Attn: Anthony Xanthakis, Esq.
       150 Broadway, Suite 2100
       New York, New York 10038
       (212) 349-5150

Page 1 of 1 Pages

New York State Department of Motor Vehicles
# POLICE ACCIDENT REPORT (NYC)
MV-104AN (7/01)

Precinct **Q 46**

Accident No. **07120701189**    Complaint Number

☐ AMENDED REPORT

| Accident Date | | | Day of Week | Military Time | No. of Vehicles | No. Injured | No. Killed | Not Investigated at Scene ☐ | Left Scene ☐ | Police Photos |
|---|---|---|---|---|---|---|---|---|---|---|
| Month 8 | Day 8 | Year 07 | WED | 2125 | 2 | | | Accident Reconstructed ☐ | | ☐ Yes ☐ No |

| VEHICLE 1 | ☒ VEHICLE 2  ☐ BICYCLIST  ☐ PEDESTRIAN  ☐ OTHER PEDESTRIAN |
|---|---|
| VEHICLE 1 - Driver License ID Number **Q9168897453536** State of Lic. **NJ** | VEHICLE 2 - Driver License ID Number **E8014410908632** State of Lic. **NJ** |
| Driver Name - exactly as printed on license **SANDRA QUILICO** | Driver Name - exactly as printed on license **JOSE ESCOBAR-ACUNO** |
| Address (Include Number & Street) **112 LINCOLN BLVD** Apt. No. | Address (Include Number & Street) **945 NEWTON ST** Apt. No. |
| City or Town **Emerson** State **NJ** Zip Code **07630** | City or Town **NO BRUNSWICK** State **NJ** Zip Code **08902** |

| Date of Birth | | | Sex | Unlicensed | No. of Occupants | Public Property Damaged | Date of Birth | | | Sex | Unlicensed | No. of Occupants | Public Property Damaged |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Month 6 | Day 6 | Year 53 | F | | 1 | ☐ | Month 8 | Day 26 | Year 43 | M | | 1 | ☐ |

| Name - exactly as printed on registration **OLES + VST** | Sex | Date of Birth | | | Name - exactly as printed on registration **ANTONIO ORTIZ** | Sex | Date of Birth | | |
|---|---|---|---|---|---|---|---|---|---|
| | | Month | Day | Year | | | Month | Day | Year |

| Address (Include Number & Street) **PO BOX 685** Apt. No. | Haz. Mat Code | Released ☐ | Address (Include Number & Street) **220 HORSE SHOE RD** Apt. No. | Haz. Mat Code | Released ☐ |
|---|---|---|---|---|---|
| City or Town **Roanoke** State **FL** Zip Code **76262** | | City or Town **Berkeley Heights** State **NJ** Zip Code **07922** | |

| Plate Number **WA735W** State of Reg. **NJ** Vehicle Year & Make **07/Melba** Vehicle Type **PU** Ins. Code **182** | Plate Number **AK819K** State of Reg. **NJ** Vehicle Year & Make **95/MAC** Vehicle Type **TRK** Ins. Code **999** |
|---|---|
| Ticket/Arrest Number(s) | Ticket/Arrest Number(s) **AAE9704553** |
| Violation Section(s) | Violation Section(s) **318-2** |

| Check if involved vehicle is: ☐ more than 95 inches wide; ☐ more than 34 feet long; ☐ operated with an overweight permit; ☐ operated with an overdimension permit. | Check if involved vehicle is: ☐ more than 95 inches wide; ☐ more than 34 feet long; ☐ operated with an overweight permit; ☐ operated with an overdimension permit. | Circle the diagram below that describes the accident, or draw your own diagram in space #9. Number the vehicles. |
|---|---|---|

| VEHICLE 1 DAMAGE CODES | VEHICLE 2 DAMAGE CODES |
|---|---|
| Box 1 - Point of Impact **11** Box 2 - Most Damage **11** Enter up to three more Damage Codes **3  1  10** | Box 1 - Point of Impact **1** Box 2 - Most Damage **2** Enter up to three more Damage Codes **3  4  5** |

Diagram boxes: Rear End, Left Turn, Right Angle, Right Turn, Head On, Overtaking, Lch Turn, Right Turn, Sideswipe

ACCIDENT DIAGRAM

Vehicle Towed: By **ALTO/AMA** To **POVM**

Vehicle Towed: By To

VEHICLE DAMAGE CODING:
1-13. SEE DIAGRAM ON RIGHT.

14. UNDERCARRIAGE   17. DEMOLISHED
15. TRAILER            18. NO DAMAGE
16. OVERTURNED         19. OTHER

Cost of repairs to any one vehicle will be more than $1000.
☐ Unknown/Unable to Determine  ☐ Yes  ☐ No

| Reference Marker | Coordinates (if available) |
|---|---|
| 951 | Latitude/Northing: |
| X1 MR | Longitude/Easting: |
| 0360 | |

Place Where Accident Occurred: ☒ BRONX  ☐ KINGS  ☐ NEW YORK  ☐ QUEENS  ☐ RICHMOND

Road on which accident occurred **CROSS BRONX EXPWY** (Route Number or Street Name)

at 1) Intersecting street
or 2) **50** ☐ N ☐ S ☐ E ☐ W of **Jerome Ave exit** (Route Number or Street Name) Feet Miles

Accident Description/Officer's Notes: **Operator Veh 1 was traveling west on Cross Bx Exp'wy when Veh 2 attempted to merge into Veh 1's lane and struck Veh 1.**

| | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | BY | TO | 18 | Names of all involved | Date of Death Only |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| A | 1 | 1 | 2 | | 1 | 54 | F | 11 | 12 | 6 | EMS | 7019 | | SANDRA QUILICO | |
| B | 2 | 1 | 2 | | 1 | 43 | M | — | — | 6 | | | | JOSE ESCOBAR-ACUNO | |
| C | | | | | | | | | | | | | | | |
| D | | | | | | | | | | | | | | | |
| E | | | | | | | | 4 | | | | | | | |
| F | | | | | | | | | | | | | | | |

| Officer's Rank and Signature **PO REESE** | Tax ID No. **929321** | NCIC No. **03030** | Precinct **46** | Post/Sector **F** | Reviewing Officer **PELLIGRA** | Date/Time Reviewed **8/10/07** |
|---|---|---|---|---|---|---|

...KILLED OR INJURED IN ACCIDENT (Least designation of persons killed or injured must accompany...)

| lame | First SANONA | M.I. | D Last Name | First | M.I. |
| QUICICO | | | Address | | |

3 LINCOLNBLVD EMESON NS

| Birth nth | 6 Day | 53 Year | Telephone (Area Code) (201) 913 7891 | | E Last Name | First | M.I. |
| lame | First | | M.I. | Address | | |

| Birth nth | Day | Year | Telephone (Area Code) ( ) | | Date of Birth Month Day Year | Telephone (Area Code) ( ) |
| lamo | First | | M.I. | Highway Dist. at Scene? ☐ Yes ☒ No Name: | |

| | | | | Shield No. |
| Birth nth | Day | Year | Telephone (Area Code) ( ) | |

R INSURANCE POLICY NUMBER FROM INSURANCE IDENTIFICATION CARD, EXPIRATION DATE (IN ALL CASES), AND VIN.

le No. 1  AD2238160155IU   Vehicle No.2  30602ZDNTL0606061

ation Date  8/25/07   Expiration Date  6/1/07

WOBRCF92H47CF932009   VIN  1M2AA13Y95WD53235

NESS (Attach separate sheet, if necessary)     Address     Phone

LICATE COPY REQUIRED FOR:

Dept. of Motor Vehicles. (if anyone is killed/injured)    ☐ Motor Transport Division (P.D. vehicle involved)    ☐ NYC Taxi & Limousine Comm. (If a Licensed taxi or limousine involved)    ☐ Other City Agency (Specify)

Office of Comptroller. (if a City vehicle involved)    ☐ Personnel Safety Unit (if a P.D. vehicle involved)    ☐ Highway Unit _____

TIFICATIONS: (Enter name, address, and relationship of friend or relative notified. If aided person is unidentified, list Missing Person Squad member who notified. In either case, give date and time of notification.)

ANGEL - DAUGHTER 201 913 7891

OPERTY DAMAGED (other than vehicles)    OWNER OF PROPERTY (include city agency, where applicable)

NYPD VEHICLE IS INVOLVED:

| lice Vehicle-Operator's First Name | Last Name | | Rank | Shield No. | Tax ID. No. | Command |
| | | | | | | |
| ke of Vehicle | Year | Type of Vehicle | Plate No. | | Dept. Vehicle No. | Assigned To What Command |

uipment in Use At Time of Accident

☐ Siren   ☐ Horn   ☐ Turret Light   ☐ 4-Way Flasher   ☐ High-Level Warning Lights   ☐ Traffic Cones   ☐ Headlights

CTIONS OF POLICE VEHICLE

☐ Responding to Code Signal _____
☐ Pursuing Violator
☐ Other (Describe) _____

☐ Complying with Station House Directive
☐ Routine Patrol

-104AN (7/01)



**PEDESTRIAN/BICYCLIST LOCATION**
1. Pedestrian/Bicyclist at Intersection
2. Pedestrian/Bicyclist Not at Intersection

**PEDESTRIAN/BICYCLIST ACTION**
1. Crossing, With Signal
2. Crossing, Against Signal
3. Crossing, No Signal, Marked Crosswalk
4. Crossing, No Signal or Crosswalk
5. Riding/Walking Along Highway With Traffic
6. Riding/Walking Along Highway Against Traffic
7. Emerging from in Front of/Behind Parked Vehicle
8. Going to/From Stopped School Bus
9. Getting On/Off Vehicle Other Than School Bus
10. Pushing/Working On Car
11. Working in Roadway
12. Playing in Roadway
13. Other Actions in Roadway *
14. Not In Roadway (Indicate) * .

**TRAFFIC CONTROL**
1. None
2. Traffic Signal
3. Stop Sign
4. Flashing Light
5. Yield Sign
6. Officer/Guard
7. No Passing Zone
8. RR Crossing Sign
9. RR Crossing Flashing LT.
10. RR Crossing Gates
11. Stopped School Bus-
    Red Lights Flashing
12. Construction Work Area
13. Maintenance Work Area
14. Utility Work Area
20. Other*

**LIGHT CONDITIONS**
1. Daylight
2. Dawn
3. Dusk
4. Dark-Road Lighted
5. Dark-Road Unlighted

**ROADWAY CHARACTER**
1. Straight and Level
2. Straight and Grade
3. Straight at Hillcrest
4. Curve and Level
5. Curve and Grade
6. Curve at Hillcrest

**ROADWAY SURFACE CONDITION**
1. Dry
2. Wet
3. Muddy
4. Snow/Ice
5. Slush
0. Other *

**WEATHER**
1. Clear
2. Cloudy
3. Rain
4. Snow
5. Sleet/Hail/Freezing Rain
6. Fog/Smog/Smoke
0. Other *

**WHICH VEHICLE OCCUPIED**
1. Vehicle No. 1
2. Vehicle No. 2
B. Bicyclist
P. Pedestrian
O. Other*

**POSITION IN/ON VEHICLE**
1. Driver
2 - 7. Passengers
8. Riding/Hanging on Outside

**SAFETY EQUIPMENT USED**
1. None
2. Lap Belt
3. Harness
4. Lap Belt/Harness
5. Child Restraint Only
6. Helmet
7. Air Bag Deployed
8. Air Bag Deployed/Lap Belt
9. Air Bag Deployed/Harness
A. Air Bag Deployed/Lap Belt/Harness
B. Air Bag Deployed/Child Restraint

In-Line Skates
C. Helmet Only
D. Helmet/Other
E. Pads Only
F. Stoppers Only

0. Other*

**EJECTION FROM VEHICLE**
1. Not Ejected
2. Partially Ejected
3. Ejected

AGE

SEX
M/F

**APPARENT CONTRIBUTING FACTORS**
HUMAN
2. Alcohol Involvement
3. Backing Unsafely
4. Driver Inattention *
5. Driver Inexperience *
6. Drugs (Illegal)
7. Failure to Yield Right-of-Way
8. Fell Asleep
21. Fatigued/Drowsy
9. Following Too Closely
10. Illness
11. Lost Consciousness
12. Passenger Distraction
13. Passing or Lane Usage Improper
14. Pedestrian's/Bicyclist's Error/
    Confusion
15. Physical Disability
16. Prescription Medication
17. Traffic Control Disregarded
18. Turning Improperly
19. Unsafe Speed
20. Unsafe Lane Changing
40. Other Human *

**LOCATION OF MOST SEVERE PHYSICAL COMPLAINT**
1. Head
2. Face
3. Eye
4. Neck
5. Chest
6. Back
7. Shoulder-Upper Arm
8. Elbow-Lower Arm-Hand
9. Abdomen - Pelvis
10. Hip-Upper Leg
11. Knee-Lower Leg-Foot
12. Entire Body

**TYPE OF PHYSICAL COMPLAINT**
1. Amputation
2. Concussion
3. Internal
4. Minor Bleeding
5. Severe Bleeding
6. Minor Burn
7. Moderate Burn
8. Severe Burn
9. Fracture - Dislocation
10. Contusion - Bruise
11. Abrasion
12. Complaint of Pain
13. None Visible

**VICTIM'S PHYSICAL AND EMOTIONAL STATUS**
1. Apparent Death
2. Unconscious
3. Semiconscious
4. Incoherent
5. Shock
6. Conscious

**INJURED TAKEN**

17    BY    TO    18

**New York State
Department of Motor Vehicles
POLICE ACCIDENT REPORT**
MV-104AC (4/97)

*EXPLAIN IN ACCIDENT DESCRIPTION

If a question DOES NOT APPLY, enter a dash (–).

If an answer is UNKNOWN, enter an "X".

**VEHICULAR**
41. Accelerator Defective
42. Brakes Defective
43. Headlights Defective
44. Other Lighting Defects
45. Oversized Vehicle
46. Steering Failure
47. Tire Failure/Inadequate
48. Tow Hitch Defective
49. Windshield Inadequate
60. Other Vehicular *

**ENVIRONMENTAL**
61. Animal's Action
62. Glare
63. Lane Marking Improper/
    Inadequate
64. Obstruction/Debris
65. Pavement Defective
66. Pavement Slippery
67. Shoulders Defective/
    Improper
68. Traffic Control Device
    Improper/Non-Working
69. View Obstructed/Limited
80. Other Environmental *

**DIRECTION OF TRAVEL**

**PRE-ACCIDENT VEHICLE ACTION**
1. Going Straight Ahead
14. Making Right Turn
16. Making Right Turn on Red
15. Making Left Turn
17. Making Left Turn on Red
4. Making U Turn
5. Starting from Parking
6. Starting in Traffic
7. Slowing or Stopping
8. Stopped in Traffic
9. Entering Parked Position
10. Parked
11. Avoiding Object in Roadway
12. Changing Lanes
13. Overtaking
14. Merging
15. Backing
20. Other *

**LOCATION OF FIRST EVENT**
1. On Roadway
2. Off Roadway

**TYPE OF ACCIDENT — COLLISION WITH**
1. Other Motor Vehicle
2. Pedestrian
3. Bicyclist
6. In-Line Skater
4. Animal
5. Railroad Train
10. Other Object (Not Fixed)*
**COLLISION WITH FIXED OBJECT**
11. Light Support/Utility Pole
12. Guide Rail-Not At End
25. Guide Rail-End
13. Crash Cushion
14. Sign Post
15. Tree
16. Building/Wall
17. Curbing
18. Fence
19. Bridge Structure
20. Culvert/Head Wall
26. Median-Not At End
27. Barrier
22. Snow Embankment
23. Earth Embankment/Rock Cut/Ditch
24. Fire Hydrant
30. Other Fixed Object*
**NON-COLLISION**
31. Overturned
32. Fire/Explosion
33. Submersion
34. Ran Off Roadway Only
40. Other*

Vehicle 1

Vehicle 1

Vehicle 2

Vehicle 2

Vehicle 1

Vehicle 2

Vehicle 1

Vehicle 2

First Event

Vehicle

SECOND EVENT

Vehicle 3

SUPREME COURT OF THE STATE OF NEW YORK
COUNTY OF BRONX
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - X
SANDRA QUILICO

                                    Plaintiff,

        - against -

JOSE ESCOBAR-ACURIO and
ANTONIO ORTIZ

                                    Defendants.
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - X

To the above named Defendant(s):

Index no.: 30 1308 - 08
Date Purchased:

*Plaintiff(s) designates Queens
County as the place of trial.
The basis of venue is* Place of
occurrence.
**SUMMONS WITH NOTICE**

Plaintiff(s) resides at
112 Lincoln Boulevard
Emmerson, New Jersey 07630

*County of BERGEN*

        **YOU ARE HEREBY SUMMONED** *to answer the complaint in this action and to serve a copy of your answer,*
*or, if the complaint is not served with this summons, to serve a notice of appearance, on the Plaintiff's Attorney(s) within twenty*
*(20) days after the service of this summons, exclusive of the day of service ( or within thirty (30) days after the service is complete*
*if this summons is not personally delivered to you within the State of New York); and in case of your failure to appear or answer,*
*judgment will be taken against you by default for the relief demanded herein.*

*Dated:* February 11, 2008
        Forest Hills, New York

Defendant(s) address:

Jose Escobar-Acurio
945 Newton Street
North Brunswick, New Jersey 08902

Antonio Ortiz
220 Horseshoe Road
Berkeley Heights, New Jersey 07922

Yours etc.,    *Richard M. Gutierrez*

Richard M. Gutierrez, Esq.
*Attorney for Plaintiff*
*Office and Post Office Address*
118-35 Queens Boulevard, Suite 1500
Forest Hills, NY 11375
(718) 520-0663

Notice:        The nature of this action is personal injury.

        *The relief sought is monetary damages in an amount excess of the monetary limits of all lower Courts which would*
*otherwise have jurisdiction.*

*Upon your failure to appear, judgment will be taken against you by default.*

BRONX CO. INTY
COUNTY CLERK
2008 FEB 15 AM 8:41
RECEIVED

SUPREME COURT OF THE STATE OF NEW YORK
COUNTY OF BRONX
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -X
SANDRA QUILICO

                                Plaintiff,

        - against -                                        **VERIFIED COMPLAINT**

JOSE ESCOBAR-ACURIO and
ANTONIO ORTIZ

                                Defendants.
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -X
          Plaintiff, by her attorney, Richard M. Gutierrez, Esq., complaining of the defendants

allege:

## AS AND FOR A FIRST CAUSE OF ACTION ON BEHALF OF THE PLAINTIFF,

**First:**  That at all times herein mentioned, the Plaintiff,  was and still is a resident of the

County of Bergen, State of New Jersey.

**Second:**      That upon information and belief at all times herein mentioned, the defendant,

Jose Escobar-Acurio  was and still is a resident of the County of Essex,  State of New Jersey.

**Third:**      That upon information and belief at all times herein mentioned, the defendant,

Antonio Ortiz  was and still is a resident of the County of Union, State of New Jersey.

**Fourth:**      That at all times herein mentioned, the defendant, Antonio Ortiz , was the

owner of the motor vehicle which struck the vehicle the Plaintiff, Sandra Quilico, was operating.

**Fifth:**      That upon information and belief, at all times herein mentioned, the vehicle

being  operated by the Plaintiff was a 2007 Mercedes Benz, bearing New Jersey State license plate

number  WAT35W, when it was struck by the vehicle being driven by the defendant,  Jose Escobar-

Acurio.

**Fifth:**      That upon information and belief, at all times herein mentioned, the vehicle

being operated by the defendant, Jose Escobar-Acurio, was a 1995 MAC Truck, bearing New Jersey

State license plate number AK819K.

**Sixth:**     That at all times herein mentioned, the defendant, Antonio Ortiz  was the owner of the vehicle the defendant, Jose Escobar-Acurio, was operating.

**Seventh:**     That at all times herein mentioned, the defendant Jose Escobar-Acurio was operating the aforementioned vehicle with permission and authority of the owner.

**Eighth:**     That heretofore and on or about the 8th day of August, 2007 on the Cross Bronx Expressway, 50 feet east of the Jerome Avenue Exit, in the County of Bronx,  City and State of New York, the vehicle being operated by the defendant, Jose Escobar-Acurio failed to merge properly and came into contact with the vehicle the plaintiff, Sandra Quilico ,was operating, causing her to sustain serious and permanent personal injuries.

**Ninth:**     That upon information and belief, at all times herein mentioned, at  the Cross Bronx Expressway is a public street, highway and thoroughfare located in the County of Bronx, City and State of New York and commonly used by the residents of the County of Bronx and others.

**Tenth:**     That said occurrence was due in whole to the negligence of the defendant Jose Escobar-Acurio, in the operation, maintenance and control of his vehicle.

**Eleventh:**     That the defendant, Jose Escobar-Acurio, was negligent in driving the aforesaid vehicle at a dangerous and excessive rate of speed under the circumstances there pertaining, in failing to keep a proper lookout on the road, in failing to stop or slow down his vehicle in order to avoid the occurrence, in failing to exercise due care by striking the automobile, in which the plaintiff was a passenger and said defendant was otherwise careless, reckless,  and negligent in causing the accident.

**Twelfth:**     That by reason of the foregoing, the Plaintiff, Sandra Quilico ,was caused to sustain severe, permanent and protracted personal injuries, was rendered sick, sore, lame and

disabled; was and upon information and belief, will be incapacitated from attending to her normal duties and functions.

**Thirteenth:**    That by reason of the foregoing the Plaintiff, Sandra Quilico has sustained a serious injury as defined in subsection (d) of Section 5702 of the Insurance Law of the State of New York.

**Fourteenth:**    That by reason of the foregoing, the Plaintiff, Sandra Quilico has been damaged in an amount in excess of the monetary jurisdiction of all lower Courts in which would otherwise have jurisdiction.

**WHEREFORE,** Plaintiff demands judgment against the defendant in an amount in excess of the monetary jurisdiction of all lower Courts in which would otherwise have jurisdiction together with costs and disbursements of this action.

Dated: Forest Hills, New York
       February ____, 2008

Yours, etc.

Richard M. Gutierrez, Esq.
118-35 Queens Blvd.
Forest Hills, N.Y. 11375
Suite 1220
(718)520-0663

# VERIFICATION

I, Sandra Quilico, being duly sworn, deposes and says:

Deponent is the Plaintiff in the within action and has read the foregoing **VERIFIED COMPLAINT** and knows the contents thereof.

The content of the aforesaid pleading is true to deponent's own knowledge, except as to matters therein stated to be alleged on information and belief, and to those matters deponent believes them to be true.

_Sandra Quilico_
Sandra Quilico

Sworn to Before Me This
11ᵗʰ day of _Feb._, 2008

NOTARY PUBLIC

Index No.:

SUPREME COURT OF THE STATE OF NEW YORK
COUNTY OF BRONX

SANDRA QUILICO

PLAINTIFF

-against-

JOSE ESCOBAR-ACURIO and
ANTONIO ORFIZ

DEFENDANTS

SUMMONS WITH NOTICE

RICHARD M. GUTIERREZ, ESQ.

Attorney for PLAINTIFF

Office and Post Office Address, Telephone, Fax
118-35 QUEENS BOULEVARD
SUITE 1500
FOREST HILLS, NY, 11375
Telephone No.: 718-520-0063
Fax No.:    718-520-8306

To:

Attorney(s) for:

Service of a copy of the within _____ is hereby admitted.

Dated: _____

Attorney(s) for:

Pursuant to 22 NYCRR 130-1.1, the undersigned, an attorney
admitted to practice in the courts of New York State, certifies
that upon information and belief and reasonable inquiry, the
contentions contained in the annexed document are not
frivolous.

Dated: February 14, 2008.

Signature: _____
RICHARD M. GUTIERREZ, ESQ

---

NOTICE OF ENTRY

PLEASE take notice that the within is a (certified) true
copy of a
duly entered in the office of the clerk of the within
named court on                  2008.

Dated:

Yours, etc.
RICHARD M. GUTIERREZ, ESQ.

Attorney for
Office and Post Office Address
118-35 QUEENS BOULEVARD
SUITE 1500
FOREST HILLS, NEW YORK 11375

To:

Attorney(s) for:

---

NOTICE OF SETTLEMENT

PLEASE take notice that an Order
of which the within is a true copy will be presented for
settlement to the Hon.
one of the judges of the within named Court, at
on                    2008, at

Dated,
Yours, etc.
RICHARD M. GUTIERREZ, ESQ.

Attorney for
Office and Post Office address
118-35 QUEENS BOULEVARD
SUITE 1500
FOREST HILLS, NEW YORK 11375

To:

Attorney(s) for:

**Bronx County Clerks Office**
851 Grand Concourse
Bronx, NY 10451

---------------------------------

Department:      LAW
Transaction No   1110726
Plaintiff        SANDRA QUILIC
Defendant        JOSE ESCOBAR
IndexNo          301306-2006
Type:            CT

| | |
|---|---|
| Amount Due: | $210.00 |
| amount Rcv'd | $210.00 |
| Change Due: | $0.00 |

Date:      02/15/0
Time:      09:16 AM

NOTICE OF ENTRY

PLEASE take notice that the within is a (certified) true copy of a duly entered in the office of the clerk of the within named court on                 2008.

Dated:

Yours, etc.

RICHARD M. GUTIERREZ, ESQ.

*Attorney for*
*Office and Post Office Address*
118-35 QUEENS BOULEVARD
SUITE 1500
FOREST HILLS, NEW YORK 11375

To:

Attorney(s) for                 NOTICE OF SETTLEMENT

PLEASE take notice that an Order

of which the within is a true copy will be presented for settlement to the Hon.

one of the judges of the within named Court, at

on                 2008   at

Dated,

Yours, etc.

RICHARD M. GUTIERREZ, ESQ.

*Attorney for*
*Office and Post Office Address*
118-35 QUEENS BOULEVARD
SUITE 1500
FOREST HILLS, NEW YORK 11375

To

Attorney(s) for

---

Index No.:

SUPREME COURT OF THE STATE OF NEW YORK
COUNTY OF BRONX

SANDRA QUILICO

PLAINTIFF,

-against-

JOSE ESCOBAR-ACURIO and
ANTONIO ORTIZ

DEFENDANTS.

---

RESPONSE TO COMBINED
DEMANDS

---

RICHARD M. GUTIERREZ, ESQ.

*Attorney for PLAINTIFF*

*Office and Post Office Address, Telephone, Fax*
118-35 QUEENS BOULEVARD
SUITE 1500
FOREST HILLS, NY 11375
Telephone No.: 718-520-0663
Fax No.:        718-520-8306

To:

Attorney(s) for

Service of a copy of the within

is hereby admitted.

Dated: ............................

---

Pursuant to 22 NYCRR 130-1.1, the undersigned, an attorney admitted to practice in the courts of New York State, certifies that, upon information and belief and reasonable inquiry, the contentions contained in the annexed document are not frivolous.
Dated:  July 7, 2008

Signature _____
RICHARD M. GUTIERREZ, ESQ.
Attorney for Plaintiff

## AFFIDAVIT OF SERVICE

Gina Diaz being duly sworn, deposes and says, that deponent is not a party to this action, is over 18 years of age, and resides at 63 Pearsall Street, Staten Island, NY 10305; that on the 10th day of July 2008, deponent served the within **NOTICE OF FILING OF NOTICE OF REMOVAL** UPON:

TO:    **Richard M. Gutierrez**
       Attorney for Plaintiff
       118-35 Queens Boulevard, Suite 1500
       Forest Hills, NY 11375
       (718) 520-0663

addresses designated by said attorneys for that purpose by depositing a true copy of same enclosed in a post-paid, properly addressed wrapper, in an official depository under the exclusive care and custody of the United States Postal Service within the State of New York.

_____
GINA DIAZ

Sworn to before me this
10th day of July 2008

_____
Notary Public

**ELINA LECOUR**
**NOTARY PUBLIC, STATE OF NEW YORK**
**NO: 02LE6111821**
**QUALIFIED IN RICHMOND COUNTY**
**COMMISSION EXPIRES JUNE 28, 20 12**

GALVANO & XANTHAKIS, P.C.

Index No. 08 CIV 6241                    Year 20

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

SANDRA QUILICO

                    Plaintiff,

          -against-

JOSE ESCOBAR-ACURIO and
ANTONIO ORTIZ

                    Defendant(s),

## NOTICE OF FILING OF NOTICE OF REMOVAL

### GALVANO & XANTHAKIS, P.C.

Attorney(s) for Defendants

Office and Post Office Address
150 BROADWAY
SUITE 2100
NEW YORK, NEW YORK 10038
(212) 349-5150

**Sir: Please take notice**

☐ *NOTICE OF ENTRY*
that the within is a (certified) true copy of a
duly entered in the office of the clerk of the within named court on                    20

☐ *NOTICE OF SETTLEMENT*
that an order                                        of which the within is a true copy will be presented for
settlement to the HON.                                                              one of the
judges

of the within named Court, at
on the                    day of                    20        at        M.

Dated,

Yours, etc.
### GALVANO & XANTHAKIS, P.C.

Attorney(s) for

Office and Post Office Address
150 BROADWAY
SUITE 2100
NEW YORK, NEW YORK 10038
(212) 349-5150

**To**

**Attorney(s) for**